B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mid West Real Estate Investment Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>59-1141780 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>120 N. LaSalle Street<br>Suite 1350<br>Chicago, IL                ZIP Code 60602 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mid West Real Estate Investment Company |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Mid West Real Estate Investment Company

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Robert M. Fishman
Signature of Attorney for Debtor(s)

Robert M. Fishman 3124316
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

March 5, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ David R. Gray, Jr.
Signature of Authorized Individual

David R. Gray, Jr.
Printed Name of Authorized Individual

President
Title of Authorized Individual

March 5, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Mid West Real Estate Investment Company                        Case No. _____
                                     Debtor(s)                        Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BCS Services, Inc.<br>40 N. Wells Street<br>Suite 300<br>Chicago, IL 60606 | Greg Reiter<br>BCS Services, Inc.<br>40 N. Wells Street<br>Suite 300<br>Chicago, IL 60606<br>ph 312-368-9910/fax | | Contingent<br>Unliquidated<br>Disputed | 1,146,000.00 |
| Phoenix Bond and Indemnity Co<br>161 N Clark Street<br>Suite 3040<br>Chicago, IL 60601 | Stanford Marks<br>Phoenix Bond and Indemnity Co<br>161 N Clark Street<br>Suite 3040<br>Chicago, IL 60601<br>ph 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/fax | | Contingent<br>Unliquidated<br>Disputed | 982,375.00 |
| Miller Shakman & Beem<br>180 N. LaSalle Street<br>Suite 3600<br>Chicago, IL 60601 | Arthur Friedman<br>Miller Shakman & Beem<br>180 N. LaSalle Street<br>Suite 3600<br>Chicago, IL 60601<br>ph 312-759-7214/fax | Legal fees | | 48,971.40 |
| The Prudential Ins Co of America<br>120 N. LaSalle Street #1300<br>Chicago, IL 60602 | The Prudential Ins Co of America<br>120 N. LaSalle Street #1300<br>Chicago, IL 60602<br>ph 312-345-4850/fax 312-345-4775 | Office lease | | 13,038.00 |
| Robert A. Palasz CPA<br>1452 Balwin Ct.<br>Naperville, IL 60565 | Robert A. Palasz<br>Robert A. Palasz CPA<br>1452 Balwin Ct.<br>Naperville, IL 60565<br>ph 630-986-6896/fax | Services | | 10,000.00 |
| Canon Business Solutions, Inc.<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016 | Canon Business Solutions, Inc.<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016<br>800-613-2228 | Supply/Service contract | | 1,574.30 |
| Mail Finance<br>478 Whellers Farm Rd.<br>Milford, CT 06461 | Mail Finance<br>478 Whellers Farm Rd.<br>Milford, CT 06461<br>800-636-7678 | Postage meter | | 1,441.23 |

B4 (Official Form 4) (12/07) - Cont.

In re  Mid West Real Estate Investment Company  Case No.  _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Canon Business Solutions, Inc.<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016 | Canon Business Solutions, Inc.<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016<br>800-613-2228 | Leased copiers | | 1,409.38 |
| First Communications<br>200 E. Randolph St.<br>Chicago, IL 60601 | First Communications<br>200 E. Randolph St.<br>Chicago, IL 60601<br>888-426-6340 | Phone Service | | 1,175.66 |
| Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505<br>800-922-0204 | Phone service | | 547.11 |
| Federal Express<br>PO Box 94515<br>Palatine, IL 60094-4515 | Federal Express<br>PO Box 94515<br>Palatine, IL 60094-4515 | Courier services | | 393.55 |
| ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111<br>877-426-6331 | Electric service | | 312.00 |
| Next Day Toner<br>11411 W. 183rd St.<br>Suite H<br>Orland Park, IL 60467 | Next Day Toner<br>11411 W. 183rd St.<br>Suite H<br>Orland Park, IL 60467<br>ph 708-478-1000/fax 702-478-1770 | Supplies | | 158.56 |
| First Choice Coffee Services<br>3535 Commercial Ave.<br>Chicago, IL 60602 | First Choice Coffee Services<br>3535 Commercial Ave.<br>Chicago, IL 60602<br>847-498-2200 | Coffee service | | 27.00 |
| Humana Health Insurance of Illinois<br>550 W. Adams, 7th Fl.<br>Chicago, IL 60601 | Humana Health Insurance of Illinois<br>550 W. Adams, 7th Fl.<br>Chicago, IL 60601 | | | Unknown |
| Illinois Dep of Employment Security<br>33 S. State, 9th Fl.<br>Chicago, IL 60603 | Illinois Dep of Employment Security<br>33 S. State, 9th Fl.<br>Chicago, IL 60603 | | | Unknown |
| Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section L 7-425<br>Chicago, IL 60602 | Illinois Department of Revenue<br>100 W. Randolph<br>Bankruptcy Section L 7-425<br>Chicago, IL 60602 | | | Unknown |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  Mid West Real Estate Investment Company   Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Midwest Insurance Brokers<br>Attn: Thad Thompson<br>PO Box 349<br>Deerfield, IL 60015-0349 | Midwest Insurance Brokers<br>Attn: Thad Thompson<br>PO Box 349<br>Deerfield, IL 60015-0349<br>847-267-0575 | | | Unknown |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 5, 2012      Signature  /s/ David R. Gray, Jr.

David R. Gray, Jr.
President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**Northern District of Illinois**

In re   Mid West Real Estate Investment Company                                 Case No.
                                            Debtor(s)                           Chapter   11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    40

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 5, 2012                    /s/ David R. Gray, Jr.
                                         David R. Gray, Jr./President
                                         Signer/Title

.

1992 DRG Grandchildren's Trust
132 E. Delaware Pl.
#6205
Chicago, IL 60613


BCS Services, Inc.
40 N. Wells Street
Suite 300
Chicago, IL 60606


Bonnie Gray
132 E. Delaware Place
#6205
Chicago, IL 60613


Canon Business Solutions, Inc.
300 Commerce Square Blvd.
Burlington, NJ 08016


Cindy Rubinstein
3600 N. Lake Shore Dr.
Unit 2816 N
Chicago, IL 60613


City of Chicago Dept of Water
333 S. State Street
Suite 330
Chicago, IL 60604


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Edison Company
Legal Recovery/Claims Dept
Three Lincoln Center
Villa Park, IL 60181


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Daniel N. Elkin
4 River Highlands Dr.
Lake Zurich, IL 60047

```
David R. Gray, Jr.
120 N. LaSalle St.
Suite 1350
Chicago, IL 60602


Dynamex
12837 Collections Center Dr.
Chicago, IL 60693


Federal Express
PO Box 94515
Palatine, IL 60094-4515


First Choice Coffee Services
3535 Commercial Ave.
Chicago, IL 60602


First Communications
200 E. Randolph St.
Chicago, IL 60601


Frank R. Dufkis
3828 Mallard Lane
Naperville, IL 60564


Humana Health Insurance of Illinois
550 W. Adams, 7th Fl.
Chicago, IL 60601


Illinois Dep of Employment Security
33 S. State, 9th Fl.
Chicago, IL 60603


ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L 7-425
Chicago, IL 60602
```

Illinois Department of Revenue
Central Registration Div
PO Box 19476
Springfield, IL 62794-7476


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


Laura Frame
133 S. Pearl Street
Granville, OH 43023


Levenfeld Eisenberg
2 N. LaSalle Street #1300
Chicago, IL 60602


Mail Finance
478 Whellers Farm Rd.
Milford, CT 06461


Margery E. Baum
6007 N. Mason
Chicago, IL 60646


Michael Phelan
715 S. Maple
Oak Park, IL 60304


Midwest Insurance Brokers
Attn: Thad Thompson
PO Box 349
Deerfield, IL 60015-0349


Miller Shakman & Beem
180 N. LaSalle Street
Suite 3600
Chicago, IL 60601

```
Next Day Toner
11411 W. 183rd St.
Suite H
Orland Park, IL 60467


Phoenix Bond and Indemnity Co
161 N Clark Street
Suite 3040
Chicago, IL 60601


Prudential Insurance Co of America
120 N. LaSalle Street #1300
Chicago, IL 60602


Reed Smith LLP
10 S. Wacker Dr. #4000
Chicago, IL 60606


Rick Gray
7022 N. Monon
Chicago, IL 60646


Robert A. Palasz CPA
1452 Balwin Ct.
Naperville, IL 60565


Staples
Dept Det PO Box 83689
Chicago, IL 60696-3689


Terrence S. Elkin
8225 Mourning Dove Ct.
Woodridge, IL 60517


The Prudential Ins Co of America
120 N. LaSalle Street #1300
Chicago, IL 60602


Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   Mid West Real Estate Investment Company                                    Case No.
                                        Debtor(s)                                  Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Mid West Real Estate Investment Company   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| March 5, 2012 | /s/ Robert M. Fishman |
| Date | Robert M. Fishman 3124316 |
| | Signature of Attorney or Litigant |
| | Counsel for   Mid West Real Estate Investment Company |
| | Shaw Gussis et al |
| | 321 N. Clark Street |
| | Suite 800 |
| | Chicago, IL 60654 |
| | 312-541-0151 Fax:312-980-3888 |